UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:26-mj-1240-LHP | DATE: | February 24, 2026 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER ALEXANDER DELGAGO | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY:<br>Hannah Watson<br>Richard Varadan | |
| | | DEFENSE COUNSEL:<br>Sean Shecter<br>Maurice Johnson | |
| COURT REPORTER:   DIGITAL<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | | DEPUTY CLERK: | Edward Jackson |
| TIME | 1:37-2:09<br>2:23-2:34<br>2:42-2:50 | TOTAL:<br>1 hour/1 min | PRETRIAL: | Camilo Baez |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE**

(✔)    Case called; appearances taken; procedural setting by the Court.

(✔)    The Court inquired of the Defendant regarding competency.

(✔)    The Defendant was advised of Rule 5c rights.

(✔)    Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✔)    The Defendant retained counsel. (✔) General Notice of Appearance ( ) Limited Notice of Appearance

(✔)    The Defendant was advised of the charge(s) and penalties in the charging document.

(✔)    Oral motion by the Government for ( ) Detention (✔) Release

(✔)    The Defendant (✔) waived the right to a preliminary hearing ( ) preliminary hearing requested.

(✓)	The Court granted the ( ) oral motion for detention (✓) for release. Order entered.

(✓)	Counsel to file joint notice regarding conditions of release by March 2, 2026.