UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 6:26-mj-1240-LHP

CHRISTOPHER ALEXANDER DELGADO

**SECOND JOINT MOTION FOR EXTENSION OF TIME BY WHICH
INDICTMENT/INFORMATION MUST BE FILED**

The United States and the defendant, Christopher Alexander Delgado, jointly move to extend the time for the return of an Indictment or Information through June 26, 2026.  This extension best serves the interests of justice, and the time is excludable under 18 U.S.C. § 3161(h)(7)(A).

On February 20, 2026, the defendant was charged by criminal complaint for violations of 18 U.S.C. §§ 1343 (wire fraud) and 1957 (money laundering).  (Doc. 1). The defendant was arrested on February 24, 2026, and had his initial appearance in Orlando that same day.  On March 2, 2026, the Court granted the parties' first motion to extend the time in which to file an information or indictment, extending the charging deadline until April 24, 2026.

Since that time, the United States has continued to identify and interview victims, and counsel for the United States and the defendant have maintained active discussions regarding the appropriate charges and any disposition of this matter.  The United States is further in the midst of ongoing and extensive efforts to identify and recover the purported proceeds of the alleged fraud scheme.  The interests of the

public, and especially the victims, are best served through the continued pre-indictment investigation.  A continuance would serve the ends of justice by providing the parties with reasonable time to finalize these matters prior to any grand jury presentment, indictment, and trial.

The defendant has been apprised of the constraints of 18 U.S.C. § 3161 *et. seq.* as it relates to his case and voluntarily and with full knowledge of the consequences hereby waives any time from tolling on his right to a speedy indictment through June 26, 2026.

For these reasons, the United States and defendant jointly request an extension of the time within which an indictment or information may be filed in this case through June 26, 2026.

Respectfully submitted,

GREGORY W. KEHOE
UNITED STATES ATTORNEY

*/s/ Sean P. Shecter*

Sean P. Shecter, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Florida Bar No. 1032813
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1282
Sean.Shecter@lewisbrisbois.com

By:   */s/ Richard Varadan*

Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W Washington St. #3100
Orlando, Florida 32801
Telephone (407) 648-7500
Richard.Varadan@usdoj.gov