**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:26-mj-1240-LHP**

**CHRISTOPHER ALEXANDER**
**DELGADO**

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **SECOND JOINT MOTION FOR EXTENSION OF TIME BY WHICH INDICTMENT/INFORMATION MUST BE FILED (Doc. No. 37)** |
| **FILED:** | **April 16, 2026** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On February 20, 2026, a criminal complaint was issued charging Defendant Christopher Alexander Delgado with one count of wire fraud in violation of 18 U.S.C. § 1343, and one count of money laundering in violation of 18 U.S.C. § 1957. Doc. No. 1. Defendant was arrested and the Court conducted initial appearance proceedings under Fed. R. Crim P. 5 on February 24, 2026, during which the Court established conditions of pretrial release. Doc. Nos. 9, 12-14. Pursuant to 18 U.S.C. § 3161(b), the deadline for issuing an information or indictment in this case

expired on or about March 26, 2026.   The Court has since extended the deadline to April 24, 2026.   Doc. No.   21.

By the present motion, the parties seek a second extension of the deadline to file an indictment or information in this case until June 26, 2026.   Doc. No. 37. Defendant has also filed a waiver of speedy indictment/information, signed by both Defendant and his counsel, through June 26, 2026.   Doc. No. 37-1.

In the present motion, the parties represent that the United States is continuing to identify and interview victims, and is in the midst of ongoing and extensive efforts to identify and recover purported proceeds of the alleged fraud scheme, and that the parties "have maintained active discussions regarding the appropriate charges and any disposition of this matter."   Doc. No. 37, at 1.   The parties contend that the interests of justice support the requested extension because it will allow the parties the opportunity to complete their discussions and investigation prior to any grand jury presentment or indictment.   *Id.*, at 2. The Court further notes that the Defendant is not detained, therefore the requested extension will not cause him any undue harm.

After review of the matter, and being fully advised regarding the case, the undersigned finds that Defendant knowingly and voluntarily waives his rights to the extent set forth in the waiver (Doc. No. 37-1), and that the ends of justice support the waiver and outweigh Defendant's and the public's right to a speedy indictment/information under the Speedy Trial Act and the Sixth Amendment to

- 2 -

the United States Constitution.   *See* 18 U.S.C. § 3161(h)(7)(A).   Accordingly, the

Joint Motion (Doc. 37) is **GRANTED**, and the deadline for filing an information or

indictment in this case is extended up through and including June 26, 2026.

   **DONE** and **ORDERED** in Orlando, Florida on April 17, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant

- 3 -